IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN COFFMAN, <br> TDCJ-CID NO. 788247, <br><br> Petitioner, <br><br> v. <br><br> RICK THALER, Director, <br> Texas Department of Criminal <br> Justice, Correctional <br> Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. H-12-3214 |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is **DISMISSED WITH PREJUDICE**. A Certificate of Appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 7th day of November, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE