IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN COFFMAN,<br>TDCJ-CID NO. 788247,<br><br>    Petitioner,<br><br>v.<br><br>RICK THALER, Director,<br>Texas Department of Criminal<br>Justice, Correctional<br>Institutions Division,<br><br>    Respondent. | §§§§§§§§§§§§§§  CIVIL ACTION NO. H-12-3214 |

**FINAL JUDGMENT**

  For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is **DISMISSED WITH PREJUDICE**. A Certificate of Appealability is **DENIED**.

  This is a **FINAL JUDGMENT**.

  **SIGNED** at Houston, Texas, on this 7th day of November, 2012.

                _____
                     SIM LAKE
               UNITED STATES DISTRICT JUDGE